UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FERRING B.V., | |
|                 Plaintiff, | Case No. 3:13-cv-00477-LRH-WGC |
| v. | |
| ACTAVIS, INC.; *et al.*, | O R D E R |
|                 Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (#32) entered on April 23, 2014, recommending that this action be transferred to District Judge Robert C. Jones and Magistrate Judge Valerie P. Cooke. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The respective judges have conferred and agree that this action should be transferred to the Honorable Robert C. Jones and Magistrate Judge Valerie P. Cooke. Good cause appearing,

///

///

///

///

///

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#32) entered on April 23, 2014, is ADOPTED and ACCEPTED, and this action is TRANSFERRED to District Judge Robert C. Jones and Magistrate Judge Valerie P. Cooke.

IT IS SO ORDERED.

DATED this 14th day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE