MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
Email: mrezac@gordonsilver.com
JUSTIN J. BUSTOS, ESQ.
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
100 W. Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131

JAMES B. MONROE, ESQ. (*pro hac vice*)
PAUL W. BROWNING, ESQ. (*pro hac vice*)
JUSTIN J. HASFORD, ESQ. (*pro hac vice*)
MARY E. CHLEBOWSKI, ESQ. (*pro hac vice*)
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiff Ferring B.V.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERRING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS, INC., WATSON LABORATORIES, INC., ANDRX CORP., WATSON LABORATORIES, INC. – FLORIDA AND WATSON PHARMA, INC., <br><br> Defendants. | Case No: <br>     3:13-cv-00477-RCJ-VPC <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ferring B.V. ("Ferring") and

Defendants Actavis, Inc., Watson Laboratories, Inc., Andrx Corp., Watson Laboratories, Inc. –

Florida and Watson Pharma, Inc. (collectively, "Actavis") by and through their counsel hereby

**Gordon Silver**
Attorneys At Law
Suite 940
100 W. Liberty Street
Reno, NV 89501
(775) 343-7500

1

1   stipulate to dismiss with prejudice Ferring's claims against Actavis and Actavis' counter-claims

2   against Ferring in this matter.  Each party to bear its own fees and costs.

3           DATED this 13th day of January, 2015.

4   GORDON SILVER                           WATSON ROUNDS

5   By:/s/ Molly M. Rezac                   By:/s/ Michael D. Rounds
6   GORDON SILVER                           MICHAEL D. ROUNDS, ESQ.
    MOLLY M. REZAC, ESQ.                    5371 KIETZKE LANE
7   Nevada Bar No. 7435                     Reno, NV 89511
    Email:  mrezac@gordonsilver.com         Tel: (775) 324-4100
8   JUSTIN J. BUSTOS, ESQ.                  Fax: (775) 333-8171
9   Nevada Bar No. 10320
    Email:  jbustos@gordonsilver.com        B. Jefferson Boggs, Esq. (*pro hac vice*)
10  100 W. Liberty Street                   Matthew L. Fedowitz, Esq. (*pro hac vice*)
    Suite 940                               Merchant & Gould, PC
11  Reno, NV  89501                         1701 Duke Street, Suite 310
    Tel:  (775) 343-7500                    Alexandria, VA 22314
12  Fax:  (775) 786-0131                    Tel: (703) 684-2500
13
    James B. Monroe, Esq. (*pro hac vice*)  Christopher J. Sorenson, Esq. (*pro hac vice*)
14  Paul W. Browning, Esq. (*pro hac vice*) Rachel C. Hughey, Esq. (*pro hac vice*)
15  Justin J. Hasford, Esq. (*pro hac vice*) Merchant & Gould, PC
    Mary E. Chlebowski, Esq. (*pro hac vice*) 3200 IDS Center
16  FINNEGAN HENDERSON FARABOW               80 S. Eighth Street
    GARRETT & DUNNER, LLP                   Minneapolis, MN 55402
17  901 New York Avenue, NW                 Tel: (612) 332-5300
    Washington, DC 20001-4413
18  Tel:  (202) 408-4000                    *Attorneys for Defendants*
19  Fax:  (202) 408-4400

20  *Attorneys for Plaintiff Ferring B.V.*

21

22

23

24  **IT IS SO ORDERED**

25  Dated: January 13, 2015
                                            _____
26                                          UNITED STATES DISTRICT JUDGE

27

28

**Gordon Silver**
Attorneys At Law
Suite 940
100 W. Liberty Street
Reno, NV  89501
(775) 343-7500

2